ACCEPTED
14-15-00149-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 11:39:28 AM
CHRISTOPHER PRINE
CLERK

## CASE NO. 14-15-00149-CV

In The Court Of Appeals
For The Fourteenth District of Texas
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 11:39:28 AM
CHRISTOPHER A. PRINE
Clerk

**GLEN SUMNER,**

*Appellant*

**V.**

**BOARD OF ADJUSTMENTS OF THE CITY OF SPRING VALLEY VILLAGES, TEXAS, THE CITY OF SPRING VALLEY VILLAGE, TEXAS, ART FLORES**

*Appellees*

ON APPEAL FROM THE 164TH DISTRICT COURT, HARRIS COUNTY, TX
TRIAL COURT CAUSE NO. 2013-30178 A
THE HONORABLE ALEXANDRA SMOOTS-HOGAN, PRESIDING

## FOURTH UNNOPPOSED MOTIONTO EXTEND TIME FOR FILING APPEALANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT

Glen Sumner ("Appellant") files this Fourth Unopposed Motion to Extend Time for Filing Amended Appellant's Brief pursuant to Rules 10.5(b) and 38.6 and in support thereof, would respectfully show the Court as follows:

Appellant's brief in this case is was originally due on April 12, 2015. On April 6, 2015 Appellant filed an Unopposed Motion for Continuance to extend the due date until May 22, 2015. This Court granted Motion but extended the due date only 10 days until April 22, 2015.

Page 1

On April 23, 2015 Appellant's unfinished brief was filed and accepted, and the court notified Appellees' attorney that the Appellee's brief would be due on May 26, 2015.

On April 24, Appellant filed an Unopposed Motion to Extend Time to File an Amended Brief to be due on a date of this Court's choosing between May 4 and May 22, 2015. Because this Court did respond by the earlier date of May 4, 2015, Appellant on May 5, 2015 filed a third motion to extend time to file his extended brief until May 22, 2015. This amounted to a modification of his second unopposed motion to extend time. The court granted an extension to file the Amended Appellant's Brief on May 22, 2015.

Appellant originally asked the post-trial division of Harris County Clerk's office to submit a complete court record of the proceedings in the original action 2013-30178 to this Court, but as Sumner's amended brief neared completion earlier this week Appellant discovered the record was incomplete. On May 19 and 20, Appellant made a request to the post trial division to supplement the record through the electronic filing system (envelope record 5330329). A representative of the post-trial division has said that the supplemental record will not be ready for submission until sometime during the week that ends Friday, May 29, 2015. Appellant therefore cannot complete the page number references in his Brief to the supplements to the record until they are filed.

Appellant had a conference with Appellee's attorney who was unopposed to a further seven day extension to file an amended brief by May 29, 2015. The purpose of this request is not just for delay, but to allow time for the supplement to the trial court's record to be filed with this Court.

For the reasons above, Appellant now requests a further extension of seven days from the last set due date (April 22, 2015) to file his amended Appellate Brief and reset all other dates as

necessary. If this Motion is granted the Appellant's Amended Brief will be due on or before May 29, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Third Unopposed Motion to Extend Time for Filing Appellant's Brief be granted and set the deadline to May 29, 2015.

Respectfully submitted,

By: _____
Glen Sumner, Pro Se
E-Mail: Glen.Sumner@sbcglobal.net
8306 Leafy Lane
Houston, Texas 77055
Telephone 713 973 7285

## CERTIFICATE OF CONFERENCE

On May 21, 2015, I spoke to Andrea Chan, council for the Appellees who stated that Defendants are unopposed to the relief sought in this Motion.

_____
Glen Sumner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was duly served on all counsel of record via electronic court filing, on this the 21st day of May 2015 as follows:

Andrea Chan
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019-2133

_____
Glen Sumner, Pro Se